IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VERTIGO MEDIA, INC. and REMOTE MEDIA LLC, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | C.A. No. 21-120-MN |
| v. | ) | |
| | ) | |
| EARBUDS INC., | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission

*pro hac vice* of Kayvan B. Noroozi and Douglas L. Bridges to represent the defendant in this

matter.  Pursuant to this Court's Standing Order effective September 1, 2016, the fees for the

above-listed attorneys will be submitted upon the filing of this motion.

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

_____
John G. Day (#2403)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
jday@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Defendant*

Dated:  March 29, 2021

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

VERTIGO MEDIA, INC. and REMOTE          )
MEDIA LLC,                              )
                                        )
                 Plaintiffs,            )
                                        )   C.A. No. 21-120-MN
        v.                              )
                                        )
EARBUDS INC.,                           )
                                        )
                 Defendant.             )

## **ORDER**

This ___ day of _____, 2021, the Court having considered the motion for the

admission *pro hac vice* Kayvan B. Noroozi and Douglas L. Bridges to represent the defendant in

the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing

attorneys are admitted *pro hac vice*.


_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of California, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

*/s/ Kayvan B. Noroozi*

_____

Kayvan B. Noroozi
NOROOZI PC
11601 Wilshire Boulevard, Suite 2170
Los Angeles, CA  90025
kayvan@nooozipc.com
(310) 975-7074

Dated:  March 29, 2021

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of Georgia, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

/s/ Douglas L. Bridges

_____

Douglas L. Bridges
NOROOZI PC
4204 Rochester Road
Mobile, AL 36608
doug@norozzipc.com
(251) 533-0461

Dated:  March 29, 2021