# EXHIBIT 4

## '024 Patent – Preliminary Initial Infringement Contentions

*The Earbuds Software (www.earbudsmusic.com)*

| Claim Language | Elements Shown in Accused Product |
|---|---|
| Claim 21(a). A routing and synchronization system operable with one or more data sources within a network-based media content playback environment for providing a selectively sourced media content broadcast to a consumer, | If the body of a claim fully and intrinsically sets forth all of the limitations of the claimed invention, and the preamble merely states, for example, the purpose or intended use of the invention, rather than any distinct definition of any of the claimed invention's limitations, then the preamble is not considered a limitation and is of no significance to claim construction. *Pitney Bowes, Inc. v. Hewlett-Packard Co.*, 182 F.3d 1298, 1305, 51 USPQ 2d 1161, 1165 (Fed. Cir. 1999).<br><br>In an abundance of precaution we offer the following. The website: www.earbudsmusic.com and the Apple store website offer the same Defendant-written description:<br><br>*Listen along with your favorite people: Be in the moment with NFL players in pre-game warm-up, musicians on the tour bus, friends while working out, snowboarders while going down the half pipe, and so much more. Never miss a beat : Listen along LIVE, discover past moments, and save your favorites. Syncs with Apple Music and Spotify: Connect your paid Apple Music or Spotify account to share music LIVE and tap to play any song. Listen together regardless of streaming service.*<br><br>Taken alone, the above includes: "listen together regardless of the streaming service." This describes a routing and synchronization system using several hand-held devices which is |

**EXHIBIT 4**

| Claim Language | Elements Shown in Accused Product |
|---|---|
| | operable in tandem with a person's own one or more data sources (e.g. Apple Music, Spotify, etc.) within a network-based media content playback environment named generally EarBuds. In this environment, music is played along with other media. The network operates between people placed in a network-based media content playback environment. Earbuds' main purpose is to provide music as selected for broadcast to a consumer. Earbuds allows, as explained, for two or more people to listen to the same music and media irrespective of the source. Users create listening profiles and other users pair up with created profiles (often from a celebrity) to live sync the selection of the person. The content (i.e. music) is in fact broadcasted to the user which appears to be the sole purpose of the Earbuds system. |
| 21(b) … the routing and synchronization system comprising: | This is a transitory language which does not add additional elements or limitations except for the term "comprising" which is a patent-law term of art inclusive and open-ended and does not exclude additional, unrecited elements or method steps. *Mars Inc. v. H.J. Heinz Co.*, 377 F.3d 1369, 1376 (Fed. Cir.. 2004); MPEP § 2111.03(I). As such, the current analysis can disregard any additional elements and functions as long as all the elements described in the claim elements 21(b) to 21(f3) below are explicitly or implicitly found in the Earbuds routing and synchronization system. |
| 21(c1)… a primary computer-implementable application | The term in the claim is simple and easy to understand to one of ordinary skill in the art. In addition, the term as described in detailed during the prosecution of the patent is simply "a computer-implementable set of software type instructions" which was pointed, for example to have support at page 3, lines 1-9. See 6/15/2016 Response. The App sold by Earbuds is fully and completely a computer-implementable application and is a computer-implemented set of software type instruction. For example, the Earbuds Mobile Application Terms and Conditions, binding users to the technology describes the routing and synchronization system as a "mobile application on Android and iOS." Earbuds is a software, it is offered online, on some App stores and this element and limitation is expressly defined by the Earbuds solution. The term can be applied to the entire system (e.g. the Apps plus the backend servers who help store and power the technology) or can be applied to the App set themselves. |

2

**EXHIBIT 4**

| **Claim Language** | **Elements Shown in Accused Product** |
|---|---|
| 21(c2) … for synchronizing and routing consumable legally-protected media content to the consumer | The Terms of Services issued by Defendant read at Section 7: "Earbuds enables End Users to <u>synchronize music streams in real time to create a social listening experience as available through the Application and through the Site</u>; the Application and Site also make available products, certain features, functionality, and content accessible on or through the Application may be hosted on the Site (collectively, "Content and Services")." Then describing the sources, Earbuds advertises: "Syncs with Apple Music and Spotify: Connect your paid Apple Music or Spotify account to share music LIVE and tap to play any song. Listen together regardless of streaming service."<br><br>Earbuds itself describes the service as used to synchronize music and route consumable legally-protected media such as music in real time between people and the sites offered such as Apple Music or Spotify account are legally-protected media content. As part of the "FAQ" section on www.earbudsmusic.com/faq one of the questions is: "Why can't I create an account with my Spotify?" and the answer is "*EarBuds only works with premium music services right now. If you can't login with your Spotify account, you probably only have a free account. We are working to make free accounts in the future, but in the meantime you can check out Spotify to see if they are offering a free premium trial. You can also click the "Get a free trial today!" link on the Connect Your Paid Music Service screen to sign up for a free trial with Apple Music.*"<br><br>The media that is routed and synchronized is "legally-protected media" in that at the heart of the technology is the notion that sources like free Spotify account only provide limited access and do not allow for the synchronization and routing of all legally consumable media on its site. |
| 21(c3) …. from a select routing instruction fulfillment source | As part of the Earbuds system, any user can serve as the "DJ" or the "Consumer" where the App allows the cell phone to be set as a select routing instruction fulfillment source. The "curator" page on www.earbudsmusic.com/curator/ shows trending squares (here @pauladams, @p_mahomes, and @b_jones) where these three are "live" and a number of people listening to one of these three sources. |

3

**EXHIBIT 4**

| Claim Language | Elements Shown in Accused Product |
|---|---|
| | ![phone screenshot showing EarBuds app interface with Trending and Following tabs, featuring live streams from @p_mahomes, @b_jones, and @pauladams]<br><br>The consumer / listener / user, to be able to listen in to the content selected from these individuals (who have access to their own sources) must select one of many select routing instruction fulfillment source. If Mr. Mahomes II picks a set of three sources he has selected.<br><br>For the moment, in the FAQ, Defendant responds to "I created an account with Spotify but now I want to use Apple Music (or vice versa). How do I do that?"<br><br>*"Right now, you can only be logged in to EarBuds with one or the other music service at a time. To switch between music service accounts, go to your profile on the My Music tab, tap the ⋮ menu in the top right corner and Sign Out. Close and reopen the app, choose Sign In, then choose the music service account you want to use."*<br><br>As described, the Earbuds synchronization and routing system must be connected to one account (one for the moment) as the fulfillment source. |
| 21(c4) … as prompted by routing and playback instructions | The website shows how the football player Mr. P Mahomes has set up multiple songs and other media packages which is shown in detail to possible listeners. Here the playback instructions are, for example the music selections and timing. |

4

**EXHIBIT 4**

| **Claim Language** | **Elements Shown in Accused Product** |
|---|---|
|  | The website clear reads: "Share your music LIVE" and "Allows your fans to listen along live with you and discover all your shared music." The instruction sent by Mr. Mahomes II allows to send routing and playback instructions live or for recorded streams. This prompts the action. |
| 21(c5) …. generated via a routing instruction generation source, | The selection by Mr. Mahomes II of any music he desires in his own library is the generation at the routing instruction generation source (e.g. Mr. Mahomes II generates the instruction at his cell phone as the source). This term also simply requires the generation via a routing instruction generation source designed to coordinate the source generation of the music. Here Mr. Mahomes II's hand held device, as the DJ is the routing instruction generation source and it generates instructions. |
| 21(c6) … the select routing instruction fulfillment source being affiliated with at least one legal access point, | For the moment, in the FAQ, Defendant responds to "I created an account with Spotify but now I want to use Apple Music (or vice versa). How do I do that?"<br><br>*"Right now, you can only be logged in to EarBuds with one or the other music service at a time. To switch between music service accounts, go to your profile on the My Music tab, tap the ⋮ menu in the top right corner and Sign Out. Close and reopen the app, choose Sign In, then choose the music service account you want to use."* |

5

**EXHIBIT 4**

| Claim Language | Elements Shown in Accused Product |
|---|---|
|  | As described, these are then at the fulfillment (e.g. the cell of the fan / listener) connected to at least one source as shown above such as Apple Music or Spotify. Clearly a statement that only one source can be connected to the consumer's device satisfies the "at least one fulfillment source." The instructions, to operate must be linked with this source as cautioned by the Defendant. |
| 21(c7) …. the primary computer-implementable application being operable to | This portion of the claim connects 21(d)-(f) to the device described as 21(b-c) as the below elements/functions are operate from the primary computer-implementable application. |
| Claim 21(d1) …generate the routing and playback instructions…. | As shown above Mr. Mahomes II's Earbuds interface allows him to pick songs and generate the routing and playback instruction (e.g. in 2 minutes I will play song Y). Here one person acts as DJ and generates playback instructions which the Earbuds system transforms to routing and playback instructions. |
| Claim 21(d2) … via the routing instruction generation source | The data as explained above is created by the cell phone of Mr. Mahomes II who controls the selection at this instruction generation source. The data is then transferred to the Earbuds and shown, for example to consumers who can see what is ahead in the playlist. |

**EXHIBIT 4**

| Claim Language | Elements Shown in Accused Product |
|---|---|
| Claim 21(d3) … for governing playback of the consumable legally-protected media content | Earbuds as explained is a live music sharing solution where a DJ selects, sends and governs the playback of the music connected from the legally-protected media content. This is linked with the playback of the selected music, the consumable legally-protected media content. |
| Claim 21(d4) … via a content-delivery primary channel; | The primary channel is the connection for the content delivery, namely each of the 20,000+ users who have selected Mr. Mahomes II for a live experience each are connected to their source via a primary channel (i.e. the link between their music provider and their own cell phone). As explained, this primary channel is set only to a single source:<br><br>*"Right now, you can only be logged in to EarBuds with one or the other music service at a time. To switch between music service accounts, go to your profile on the My Music tab, tap the ⋮ menu in the top right corner and Sign Out. Close and reopen the app, choose Sign In, then choose the music service account you want to use."* |
| Claim 21(e1) … establish an instruction-passing secondary channel to the consumer | The secondary channel established is between the cell phone of Mr. Mahomes II and the 20,000 listeners of his live broadcast. This is in contrast with the primary channel which is established between the consumer and its own source of content. In this channel which is established, the instruction are passed. For example, if the cell phone of one of the two parties is no longer connected to the system, the information cannot pass via the secondary channel. Begin able to see the DJ list and receive live the instructions is evidence the second instruction-passing secondary channels is established and must remain open between the DJ and the consumer for Earbuds to operate live. |
| Claim 21(e2) …. over an operable network infrastructure; and | As described, the data over the secondary channel passes via two cell phones or other network –connected devices such as wireless connections of cell phones, phone data connection, etc. Such are network infrastructures. The Earbuds system cannot operate outside of a network infrastructure to offer live performance.<br><br>To the question "Why am I asked to input my cell phone number every time I open the app?" The answer from Defendant is "This is a known bug and we are currently working on a solution. In the meantime, try force quitting the Apple and reopening it." This is evidence |

**EXHIBIT 4**

| Claim Language | Elements Shown in Accused Product |
|---|---|
|  | of the need to an operable network infrastructure to establish the instruction-passing secondary channel between the DJ and the consumer. |
| Claim 22(f1) pass the routing and playback instructions to the consumer via the instruction-passing secondary channel | As explained above, the data relating to the routing and playback is sent and passed via the secondary channel. Once again, while both the consumer and Mr. Mahomes II could each be connected via a Wi-Fi connection to their respective legally-protected media content sources, the connection between both emitter and listeners could be rupture (i.e. interruption of the instruction-passing secondary channel) which would end the live connection. |
| Claim 21(f2) … for sourcing the consumable legally-protected media content to the consumer… | As described above, Mr. Mahomes II instead of sending the music (e.g. the consumable legally-protected media content) to one of the 20,000+ listeners will source the action. |
| Claim 21(f3) … from the at least one legal access point. | In this final portion, the consumer (e.g. the 20,000+ users) each will source the music from at least one access point such as their own Spotify or Apple Music source point. |