# EXHIBIT 5

**'777 Patent – Preliminary Initial Infringement Contention**

*The Earbuds Software (www.earbudsmusic.com)*

| Claim Language | Elements Shown in Accused Product |
|---|---|
| Claim 1(a1). A non-transitory, computer-implementable media content-sharing system…. | If the body of a claim fully and intrinsically sets forth all of the limitations of the claimed invention, and the preamble merely states, for example, the purpose or intended use of the invention, rather than any distinct definition of any of the claimed invention's limitations, then the preamble is not considered a limitation and is of no significance to claim construction. *Pitney Bowes, Inc. v. Hewlett-Packard Co.*, 182 F.3d 1298, 1305, 51 USPQ2d 1161, 1165 (Fed. Cir. 1999).<br><br>Below are three images from the Earbuds App, the first shows windows of stored non-transitory broadcasts. The upper left corner is the July 4th Broadcast of Mr. Mahomes, the contact is @patrickmahomes (a twitter contact). The page also has a link for donation. When selecting this image, the next image shows the stored and non-transitory computer-implemented media content-sharing system. Music as shown at image 2 begins to play. On the tabs above the album cover image is "music" and "comments" which is social media. As shown in the image, scrolling like Facebook® Live, the listeners can interact, send images, gifs, or animations the same way most interactive live streams now operate. Earbuds is a non-transitory computer-implemented media content-sharing system (e.g. music, images, text, etc.). |

**EXHIBIT 5**

| Claim Language | Elements Shown in Accused Product |
|---|---|
|  |  |

2

**EXHIBIT 5**

| **Claim Language** | **Elements Shown in Accused Product** |
|---|---|
| Claim 1(a2) … the media content-sharing system being operable within a network-based media content playback environment comprising… | A close-up of the "comments" page is reproduced below. This is a media content-sharing page (i.e. text, images, profiles, etc.) and makes the system a media content-sharing system. It is also operable within a network based media content playback environment of music selected from DJ's.<br><br>[Screenshot of patrickmahomes profile showing Music/Comments tabs with comments "favorite musical artist?", "@quinndowell Plz reply", "@qwan"] |
| Claim 1(a3)… at least two computers for providing a selectively sourced media content broadcast to at least one consumer of the selectively sourced media content broadcast…. | The website: www.earbudsmusic.com and the Apple store website offer the same Defendant-written description:<br>*Listen along with your favorite people: Be in the moment with NFL players in pre-game warm-up, musicians on the tour bus, friends while working out, snowboarders while going down the half pipe, and so much more. Never miss a beat : Listen along LIVE, discover past moments, and save your favorites. Syncs with Apple Music and Spotify: Connect your paid Apple Music or Spotify account to share music LIVE and tap to play any song. Listen together regardless of streaming service.* |

3

**EXHIBIT 5**

| **Claim Language** | **Elements Shown in Accused Product** |
|---|---|
| | [image of person wearing headphones with Spotify and Apple Music icons and phone showing "Select songs to share LIVE" interface with "START LISTENING TODAY" button] |
| | Taken alone, the above includes: "listen <u>together</u> regardless of the streaming service" which describes a media sharing and music sharing system with at least two computers (e.g. cell phones, portable devices, computers, or servers) for providing to all users of Earbuds a selectively sourced media content broadcast, in the form of a stream of music to at least one consumer such as users of the media. In the above, this stream had 6,200 listeners as this selectively sourced media content was broadcasted on July 4th and can be rebroadcasted at will. |
| Claim 1(a4) … for synchronizing and routing consumable legally-protected media content to the consumer… | The Apple music description above describes a routing and synchronization system using several hand-held devices which is operable in tandem with a person's own one or more data sources (e.g. Apple Music, Spotify, etc.) within a network-based media content playback environment named generally EarBuds. In this environment, music is played along with other media. The network operates between people placed in a network-based media content playback environment. Earbuds' main purpose is to provide a music as selected for broadcast to a consumer. Earbuds allows, as explained, for two or more people to listen to the same music and media irrespective of the source. Users create listening profiles and other users pair up with created profiles (often from a celebrity) to live sync the selection of the person. The content (i.e. music) is in fact broadcasted to the user which appears to be the sole purpose of the Earbuds system. The Terms of Services issued by |

4

**EXHIBIT 5**

| Claim Language | Elements Shown in Accused Product |
|---|---|
|  | Defendant read at Section 7: "Earbuds enables End Users to <u>synchronize music streams in real time to create a social listening experience as available through the Application and through the Site</u>; the Application and Site also make available products, certain features, functionality, and content accessible on or through the Application may be hosted on the Site (collectively, "Content and Services")." Then describing the sources, Earbuds advertises: "Syncs with Apple Music and Spotify: Connect your paid Apple Music or Spotify account to share music LIVE and tap to play any song. Listen together regardless of streaming service."<br><br>Earbuds itself describes the service as used to synchronize music and route consumable legally-protected media such as music in real time between people and the sites offered such as Apple Music or Spotify account are legally-protected media content. As part of the "FAQ" section on www.earbudsmusic.com/faq one of the situation is: "Why can't I create an account with my Spotify?" and the answer is "*EarBuds only works with premium music services right now. If you can't login with your Spotify account, you probably only have a free account. We are working to make free accounts in the future, but in the meantime you can check out Spotify to see if they are offering a free premium trial. You can also click the "Get a free trial today!" link on the Connect Your Paid Music Service screen to sign up for a free trial with Apple Musi*c."<br><br>The media that is routed and synchronized is "legally-protected media" in that at the heart of the technology is the notion that sources like free Spotify account only provide limited access and do not allow for the synchronization and routing of all legally consumable media on its site. |
| Claim 1(a5) …. having access to a first of the least two computers…. | For the music to be played, the user must have a device which incorporates the App "Earbuds" and these devices are computers. The consumer of Earbuds clearly has access to the first of at least two computers. In the above example, 6,000+ computers are operating in tandem. |
| Claim 1(a6) … for sharing user-selected/generated social content…. | In the image below from the "comments" portion that is published and linked with the music stream, a user called @qwan posted an image and shared this user-selected/generated social content to the nearly 6.2k other people who listened. Also, the user @quinndowell |

5

**EXHIBIT 5**

| Claim Language | Elements Shown in Accused Product |
|---|---|
|  | replied to a comment with text "Plz reply" telling the other individual something. This social content was shared and user created/generated. |
| Claim 1(a7) …. while simultaneously broadcasting and consuming variously sourced media content within the network environment, the media content-sharing system providing… | As shown above, the "comments" portion happens live as the music which is selected by the DJ is being simultaneously broadcasted and consumed along with this social media content. The system is exchanged via a network environment. The website clear reads: "Share your music LIVE" and "Allows your fans to listen along live with you and discover all your shared music." The instruction sent by Mr. Mahomes II allows to send routing and playback instructions live or for recorded streams. |
| Claim 1(b1) … concurrent data streams within the network environment…. | As part of the Earbuds system, any user can serve as the "DJ" or the "Consumer" where the App allows the cell phone to be set as a select routing instruction fulfillment source. The "curator" page on www.earbudsmusic.com/curator/ shows trending squares (here @pauladams, @p_mahomes, and @b_jones) where these three are "live" and a number of people listening to one of these three sources. |

**EXHIBIT 5**

| Claim Language | Elements Shown in Accused Product |
|---|---|
| | The consumer / listener / user, to be able to listen in to the content selected from these individuals (who have access to their own sources) must select one of many select routing instruction fulfillment source. Each of these music "experiences" are first broadcasted live but then stored and replayed and these concurrent experiences also include both data streams in the network environment. |
| Claim 1(b2) …. for separately and respectively managing | As explained above, the Earbuds offers the user with a single click to separately and respectively manage multiple dual broadcast of music paired with social media streams. Many experiences happen at the same time, are stored and can be managed separately. |

7

**EXHIBIT 5**

| Claim Language | Elements Shown in Accused Product |
|---|---|
| Claim 1(c1) …(a) media content playback instructions via an instruction-passing secondary channel of the media content-sharing system …. | As shown above Mr. Mahomes II's Earbuds interface allows him to pick songs and generate the routing and playback instruction (e.g. in 2 minutes I will play song Y). Here one person acts as DJ and generates playback instructions which the Earbuds system transforms to routing and playback instructions. <br><br> The media here is music and these playback instructions are sent via the system to the listeners via an instruction-passing secondary channel of the media content-sharing system. During live performances, if the secondary channel is cut (i.e. one person is disconnected from the network) the flow of information stops. This is evidence of the channel. |

**EXHIBIT 5**

| Claim Language | Elements Shown in Accused Product |
|---|---|
| Claim 1(c2) … and (b) media content playback via a content-delivery primary channel of the media content-sharing system, | The content-delivery primary channel is the connection for the content delivery, namely each of the 20,000+ users who have selected Mr. Mahomes II for a live experience each are connected to their source via a primary channel (i.e. the link between their music provider and their own cell phone). As explained, this primary channel is set only to a single source:<br><br>*"Right now, you can only be logged in to EarBuds with one or the other music service at a time. To switch between music service accounts, go to your profile on the My Music tab, tap the ⋮ menu in the top right corner and Sign Out. Close and reopen the app, choose Sign In, then choose the music service account you want to use."* |
| Claim 1(d1) … the concurrent data streams thus for sourcing consumable legally-protected media content to the at least one consumer of the selectively sourced media content broadcast from at least one user-preferred select legal access point for each consumer of the selectively sourced media content broadcast and | This allows for users of Earbuds to get music from their own user-preferred select legal access point for each person. A person can select Apple Music or Spotify to get the sourced media for broadcast. Once again, in case the primary channel is cut (i.e. the subscription of the person ends or the wireless connection ends between the user and its source), the concurrent data streams end. |
| Claim 1(d2) … enabling simultaneous social interaction in the context of variously sourced media content deriving from the respective user-preferred select legal access points | The Earbuds system is designed to enable social media interaction (e.g. comments) between the listeners in this virtual room. Such a stream has thousands of simultaneous interactions creating a discussion. Also, the use of multiple rooms and multiple "comments" creates simultaneous social interaction. This is done in the context of variously sourced media content deriving from the respective user-preferred select legal access points. |

9