# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERTIGO MEDIA, INC. and REMOTE MEDIA LLC, <br><br> Plaintiffs, <br><br> v. <br><br> EARBUDS INC. <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 21-120-MN ) ) ) ) ) ) |

## STIPULATION AND ORDER REGARDING
## DISCOVERY AND BRIEFING SCHEDULE FOR PLAINTIFFS'
## MOTION FOR PRELIMINARY INJUNCTION

WHEREAS, on April 21, 2021, Plaintiffs Vertigo Media, Inc. and Remote Media LLC ("Plaintiffs") filed their Motion for Preliminary Injunction (the "PI Motion") (D.I. 14);

WHEREAS, the parties have conferred regarding a schedule to address the PI Motion;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval and order of the Court, that the following schedule shall govern discovery and briefing on the PI Motion:

1. The parties shall serve document requests related to the PI Motion on or before May 7, 2021.

2. The parties shall serve written responses to the document requests on or before May 21, 2021.

3. The parties shall substantially complete production of responsive documents on or before June 18, 2021.

4. Depositions of Plaintiffs' declarants shall take place between June 22, 2021 and June 25, 2021, subject to witness availability.

5. Defendant Earbuds Inc. ("Defendant") shall file its answering brief in opposition to the PI Motion on or before July 21, 2021.

6. Deposition of Defendant's declarants shall take place between July 29, 2021 and August 4, 2021, subject to witness availability.

7. Plaintiffs shall file their reply brief in support of their PI Motion on or before August 13, 2021.

| | |
|---|---|
| **DUANE MORRIS LLP** | **ASHBY & GEDDES** |
| /s/ Tracey E. Timlin | /s/ Andrew C. Mayo |
| Tracey E. Timlin (#6469) | John G. Day (#2403) |
| 222 Delaware Ave., Suite 1600 | Andrew C. Mayo (#5207) |
| Wilmington, Delaware 19801 | 500 Delaware Avenue, 8th Floor |
| (302) 657-4900 | P.O. Box 1150 |
| ttimlin@duanemorris.com | Wilmington, DE 19899 |
| | (302) 654-1888 |
| *Attorneys for Plaintiffs* | jday@ashbygeddes.com |
| | amayo@ashbygeddes.com |
| | *Attorneys for Defendant* |

**SO ORDERED** this 30th day of April 2021.

_____
The Honorable Maryellen Noreika
United States District Judge

2