# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW
500 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

May 12, 2021

The Honorable Maryellen Noreika         <u>VIA ELECTRONIC FILING</u>
United States District Court
844 N. King Street
Wilmington, DE 19801-3556

    Re:    <u>*Vertigo Media, Inc. and Remote Media LLC v. Earbuds Inc.*,
           C.A. No. 21-120-MN</u>

Dear Judge Noreika,

    Defendant Earbuds Inc. ("Earbuds") respectfully requests, pursuant to L.R. 7.1.4, that the Court convene an oral argument on Earbuds's pending motion to dismiss (D.I. 12). Briefing on the motion was completed on May 5, 2021.

    In support of this request for oral argument, Earbuds notes that under the current schedule in connection with Plaintiff's request for a preliminary injunction (D.I. 20), there is a significant amount of work to be done between now and the end of June, with additional work slated in July and August, all of which will be greatly affected if the motion to dismiss is granted. Given the immediate tasks that are ongoing under the current preliminary injunction schedule, Earbuds respectfully requests that the Court schedule an oral argument on this motion as promptly as the Court's calendar will reasonably permit.

           Respectfully,

           */s/ Andrew C. Mayo*

           Andrew C. Mayo (#5702)

ACM/mlk

cc:    All Counsel of Record (via electronic mail)