**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VERTIGO MEDIA, INC., a Delaware Corporation, and REMOTE MEDIA LLC, an Illinois Limited Liability Corporation, | |
| Plaintiffs, | Civil Action No. 21-120-MN |
| v. | **JURY TRIAL DEMANDED** |
| EARBUDS INC., a Delaware Corporation, | |
| Defendant. | |

<u>**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***</u>

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Alain Villeneuve, Duane Morris LLP, 190 South LaSalle Street, Suite 3700, Chicago, IL  60603-3433, to represent Plaintiffs Vertigo Media, Inc. and Remote Media LLC.

Dated:  May 12, 2021

**DUANE MORRIS LLP**

 */s/ Tracey E. Timlin*
Tracey E. Timlin (#6469)
222 Delaware Ave., Suite 1600
Wilmington, Delaware 19801
Tel:    302.657.4900
Fax:    302.657.4901
ttimlin@duanemorris.com

*Counsel for Vertigo Media, Inc. and Remote Media LLC*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, the U.S. Patent and Trademark Office, the U.S. District Court for the Northern District of Illinois, the U.S. Court of Appeals for the Seventh Circuit, the U.S. Court of Appeals for the Federal Circuit, England, and Wales, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with the Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the clerk of the court, or if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated:  May 12, 2021

 */s/ Alain Villeneuve*
Alain Villeneuve, Esquire
**DUANE MORRIS LLP**
190 South LaSalle Street
Suite 3700
Chicago, IL  60603-3433
Email:  AVilleneuve@duanemorris.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VERTIGO MEDIA, INC., a Delaware Corporation, and REMOTE MEDIA LLC, an Illinois Limited Liability Corporation,<br><br>      Plaintiffs,<br><br>  v.<br><br>EARBUDS INC., a Delaware Corporation,<br><br>      Defendant. | Civil Action No. 21-120-MN<br><br>**JURY TRIAL DEMANDED** |

## <u>ORDER GRANTING MOTION</u>

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Alain Villeneuve is GRANTED.

Dated: _____

_____
The Honorable Maryellen Noreika,
United States District Court Judge