# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERTIGO MEDIA, INC., a Delaware Corporation, and REMOTE MEDIA LLC, an Illinois Limited Liability Corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>EARBUDS INC., a Delaware Corporation,<br><br>    Defendant. | Civil Action No. 21-120-MN<br><br>**JURY TRIAL DEMANDED** |

## ENTRY OF APPEARANCE

Please enter the appearance of Richard L. Renck, Esq., of Duane Morris LLP, 222 Delaware Avenue, Suite 1600, Wilmington, DE 19801, on behalf of Plaintiffs Vertigo Media, Inc. and Remote Media LLC in the above-captioned action.

Dated: June 17, 2021                    **DUANE MORRIS LLP**

   /s/ Richard L. Renck
Richard L. Renck (#3893)
Tracey E. Timlin (#6469)
222 Delaware Ave., Suite 1600
Wilmington, Delaware 19801
Tel:    302.657.4900
Fax:   302.657.4901
ttimlin@duanemorris.com

*Counsel for Vertigo Media, Inc. and Remote Media LLC*