IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERTIGO MEDIA, INC., a Delaware Corporation, and REMOTE MEDIA LLC, an Illinois Limited Liability Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>EARBUDS INC., a Delaware Corporation,<br><br>Defendant. | Civil Action No. 21-120-MN<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF CHANGE OF ADDRESS

Richard L. Renck, Esq. and Tracey E. Timlin, Esq., counsel of record for Vertigo Media, Inc. and Remote Media, Inc., do hereby notify the Court and parties of record that, effective immediately, they have a change of address, as follows:

Richard L. Renck
Tracey E. Timlin
**DUANE MORRIS LLP**
1201 N. Market St, Suite 501
Wilmington, DE 19801

Dated: June 21, 2021

**DUANE MORRIS** LLP

/s/ *Richard L. Renck*
Richard L. Renck (#3893)
Tracey E. Timlin (#6469)
1201 N. Market St, Suite 501
Wilmington, DE 19801
Tel.: (302) 657-4900
Fax: (302) 657-4901
rlrenck@duanemorris.com
ttmilin@duanemorris.com

*Counsel for Plaintiffs Vertigo Media, Inc. and Remote Media, Inc.*