IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VERTIGO MEDIA, INC. and REMOTE MEDIA LLC, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 21-120-MN |
| v. | ) ) | REDACTED PUBLIC VERSION |
| EARBUDS INC. | ) ) | |
| Defendant. | ) ) | |

**Declaration of Justin Good**

I, Justin Good, hereby declare as follows:

1.      My full name is Justin Good, and I am the Senior Server Architect and Chief Technology Officer ("CTO") for Earbuds Inc ("Earbuds").

2.      Through my role and work at Earbuds, I have personal knowledge regarding the architecture of the Earbuds products and services and they interact with each other.









18.     The only products that Earbuds offers to consumers are the Earbuds IOS Application downloadable through the Apple Store and the Earbuds Android application downloadable through the Google Play Store.  Earbuds does not make, sell, or offer to sell any computer, tablet, server, or mobile device.

5

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on July 21, 2021, in Austin, Texas.

Justin Good

6