# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERTIGO MEDIA, INC., a Delaware Corporation, and REMOTE MEDIA LLC, an Illinois Limited Liability Corporation, <br><br> Plaintiffs, <br> v. <br><br> EARBUDS INC., a Delaware Corporation, <br><br> Defendant. | Civil Action No. 21-120-MN <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFFS' REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4, Plaintiffs Vertigo Media, Inc. and Remote Media LLC ("Plaintiffs") request oral argument on their Motion for Preliminary Injunction (the "Motion") (D.I. 14). Briefing on the Motion is now complete (D.I. 15, 32, 39).

Dated: August 20, 2021

**\*Of Counsel:**

Alain Villeneuve
John E. Munro
**DUANE MORRIS LLP**
190 South LaSalle Street, Suite 3700
Chicago, IL  60603-3433
Tel.:  (312) 499-6700
AVilleneuve@duanemorris.com
JEMunro@duanemorris.com

**\***admitted *pro hac vice*

**DUANE MORRIS LLP**

 /s/ Tracey E. Timlin
Richard L. Renck (#3893)
Tracey E. Timlin (#6469)
222 Delaware Ave., Suite 1600
Wilmington, Delaware 19801
Tel:      302.657.4900
Fax:     302.657.4901
rlrenck@duanemorris.com
ttimlin@duanemorris.com

*Counsel for Vertigo Media, Inc. and Remote Media LLC*