IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VERTIGO MEDIA, INC. and REMOTE MEDIA LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | C.A. No. 21-120-MN |
| v. | ) ) | |
| EARBUDS INC., | ) ) | |
| Defendant. | ) ) | |

**DEFENDANT'S REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1.4, Defendant respectfully requests oral argument before the Court in connection with Plaintiffs' Motion for Preliminary Injunction (D.I. 14).

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

John G. Day (#2403)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
jday@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Defendant*

*Of Counsel:*

Kayvan B. Noroozi
Noroozi PC
11601 Wilshire Boulevard, Suite 2170
Los Angeles, CA  90025
(310) 975-7074

Douglas L. Bridges
Noroozi PC
4204 Rochester Road
Mobile, AL 36608
(251) 533-0461

Dated:  August 20, 2021

{01715837;v1 }