IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERTIGO MEDIA, INC. and REMOTE MEDIA LLC,<br><br>        Plaintiffs,<br><br>  v.<br><br>EARBUDS INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 21-120 (MN)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

At Wilmington, this 4th day of October 2021,

WHEREAS, Plaintiffs allege that Defendant's product infringes fourteen claims across three different patents (D.I. 10; D.I. 15 at 8);

WHEREAS, Plaintiffs submitted a Motion for Preliminary Injunction seeking to enjoin the Defendant from offering, advertising, marketing, promoting, or otherwise furnishing its "EARBUDS™" product (D.I. 14);

WHEREAS, Plaintiffs must establish a likelihood of success on the merits to be granted a preliminary injunction. *Amazon.com, Inc. v. Barnesandnoble.com, Inc.*, 239 F.3d 1343, 1350 (Fed. Cir. 2001);

WHEREAS, "in cases involving multiple patent claims, to demonstrate a likelihood of success on the merits, the patentee must demonstrate that it will likely prove infringement of one or more claims of the patents-in-suit, and that at least one of those same allegedly infringed claims will also likely withstand the validity challenges presented by the accused infringer." *Id*. at 1351;

WHEREAS, Defendant has asserted multiple reasons that Plaintiffs will be unable to succeed on the merits for each of the fourteen claims (D.I. 32 at 5-17);

WHEREAS, the Court set a Motion Hearing for Plaintiffs' Motion for Preliminary Injunction for October 13, 2021 at 11:00 a.m. (D.I. 45); and

WHEREAS, the Court finds that hearing arguments on infringement and validity of fourteen claims across three different patents would frustrate the Court's interest in judicial economy.

THEREFORE, IT IS HEREBY ORDERED that, by 5:00 p.m. on October 5, 2021, Plaintiffs shall file a letter identifying no more than two patent claims for the Court to consider in connection with its motion for a preliminary injunction.

IT IS FURTHER ORDERED that, by 5:00 p.m. on October 6, 2021, Defendant shall file a responsive letter identifying no more than two bases on which it will argue that Plaintiffs cannot show a "likelihood of success" for the two identified patent claims.

The Honorable Maryellen Noreika
United States District Judge