IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VERTIGO MEDIA, INC. and REMOTE MEDIA LLC, | ) ) ) | |
| Plaintiffs, | ) ) ) | C.A. No. 21-120-MN |
| v. | ) ) | |
| EARBUDS INC., | ) ) | |
| Defendant. | ) | |

**STIPULATED ORDER**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline by which parties must submit a proposed schedule in the above action is extended through and including November 15, 2021.

| DUANE MORRIS LLP | ASHBY & GEDDES |
|---|---|
| */s/ Tracey E. Timlin* | */s/ Andrew C. Mayo* |
| Richard L. Renck (#3893)<br>Tracey E. Timlin (#6469)<br>222 Delaware Ave., Suite 1600<br>Wilmington, Delaware 19801<br>(302) 657-4900<br>rlrenck@duanemorris.com<br>ttimlin@duanemorris.com | John G. Day (#2403)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>jday@ashbygeddes.com<br>amayo@ashbygeddes.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

SO ORDERED, this _____ day of November, 2021.

_____
United States District Judge

{01742295;v1 }