IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERTIGO MEDIA, INC. and REMOTE MEDIA LLC, <br><br> Plaintiffs, <br><br> v. <br><br> EARBUDS INC. <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 1:21-cv-120-MN <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ENTRY OF APPEARANCE

Please enter the appearance of Monté T. Squire, Esq., of Duane Morris LLP, 1201 N. Market Street, Suite 501, Wilmington, DE 19801, on behalf of Plaintiffs Vertigo Media, Inc. and Remote Media LLC, in the above-captioned action.

Dated:  February 11, 2022

**DUANE MORRIS LLP**

*/s/ Monté T. Squire*
Monté T. Squire (No. 4764)
1201 N. Market Street, Suite 501
Wilmington, DE  19801
Telephone:  (302) 657-4918
Facsimile:   (302) 657-4901
E-mail: mtsquire@duanemorris.com

*Counsel for Plaintiffs Vertigo Media, Inc. and Remote Media LLC*