IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VERTIGO MEDIA, INC. and REMOTE MEDIA LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | C.A. No. 21-120 (MN) |
| EARBUDS INC., | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF ENTRY OF APPEARANCES

PLEASE TAKE NOTICE that Rodger D. Smith II, Jeremy A. Tigan, and Sarah E. Simonetti of Morris, Nichols, Arsht & Tunnell LLP hereby enter their appearances on behalf of Plaintiffs Vertigo Media, Inc. and Remote Media LLC.

Morris, Nichols, Arsht & Tunnell LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
Jeremy A. Tigan (#5239)
Sarah E. Simonetti (#6698)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@morrisnichols.com
jtigan@morrisnichols.com
ssimonetti@morrisnichols.com

*Attorneys for Plaintiffs*

February 14, 2022

**CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 14, 2022, upon the following in the manner indicated:

| | |
|---|---|
| John G. Day<br>Andrew C. Mayo<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>*Attorney for Defendant* | *VIA ELECTRONIC MAIL* |
| Kayvan B. Noroozi<br>NOROOZI PC<br>11601 Wilshire Boulevard, Suite 2170<br>Los Angeles, CA 90025<br>*Attorney for Defendant* | *VIA ELECTRONIC MAIL* |
| Douglas L. Bridges<br>NOROOZI PC<br>4204 Rochester Road<br>Mobile, AL 36608<br>*Attorney for Defendant* | *VIA ELECTRONIC MAIL* |

/s/ *Rodger D. Smith II*

Rodger D. Smith II (#3778)