IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VERTIGO MEDIA, INC. and<br>REMOTE MEDIA LLC, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | C.A. No. 21-120 (MN) |
| v. | ) | |
| | ) | |
| EARBUDS INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the

Scheduling Order in this action (D.I. 59) shall be amended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Plaintiffs' Initial Infringement Contentions | February 28, 2022 | March 28, 2022 |
| Defendant's Initial Invalidity Contentions | March 28, 2022 | May 13, 2022 |
| Exchange of Proposed Claim Constructions | May 1, 2022 | June 15, 2022 |
| Joinder of Other Parties and Amendment of Pleadings | June 1, 2022 | Unchanged |
| Plaintiffs' Final Infringement Contentions<br>Defendant's Final Invalidity Contentions | June 6, 2022 | July 22, 2022 |
| Document Production Substantially Complete | June 10, 2022 | July 8, 2022 |
| Plaintiffs' Final Validity Contentions<br>Defendants' Final Non-Infringement Contentions | July 8, 2022 | August 24, 2022 |
| Joint Claim Construction Chart | July 18, 2022 | August 31, 2022 |
| Fact Discovery Cut-Off | July 25, 2022 | September 7, 2022 |
| Plaintiffs' Opening Claim Construction Brief | August 1, 2022 | September 14, 2022 |
| Defendant's Answering Claim Construction Brief | August 31, 2022 | October 12, 2022 |
| Plaintiffs' Reply Claim Construction Brief | September 14, 2022 | October 28, 2022 |

| Event | Current Deadline | New Deadline |
|---|---|---|
| Defendant's Sur-Reply Claim Construction Brief | September 24, 2022 | November 7, 2022 |
| Joint Claim Construction Brief | October 3, 2022 | November 11, 2022 |
| Claim Construction Hearing | October 26, 2022 @ 2:00 p.m. | Week of December 12, 2022 (subject to the Court's availability) |
| Opening Expert Reports | February 14, 2023 | Unchanged |
| Rebuttal Expert Reports | March 31, 2023 | Unchanged |
| Reply Expert Reports | April 21, 2023 | Unchanged |
| Expert Discovery Cut-Off | May 30, 2023 | Unchanged |
| Case Dispositive Motions | June 28, 2023 | Unchanged |
| Joint Proposed Pretrial Order | December 11, 2023 | Unchanged |
| Pretrial Conference | January 8, 2024 @ 2:00 p.m. | Unchanged |
| Jury Trial (5-days) | January 22, 2024 | Unchanged |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

_____

Rodger D. Smith II (#3778)
Jeremy A. Tigan (#5239)
Sarah E. Simonetti (#6698)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@morrisnichols.com
jtigan@morrisnichols.com
ssimonetti@morrisnichols.com

*Attorneys for Plaintiffs Vertigo Media, Inc.
and Remote Media LLC*

March 1, 2022

ASHBY & GEDDES, P.A.

*/s/ Andrew C. Mayo*

_____

John G. Day (#2403)
Andrew C. Mayo (#5207)
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899-1150
(302) 654-1888
jday@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Defendant Earbuds Inc.*

SO ORDERED this _____ day of _____, 2022.

_____
United States District Judge