## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VERTIGO MEDIA, INC. and REMOTE MEDIA LLC, | ) ) ) | |
| Plaintiffs, | ) ) ) | C.A. No. 1:21-cv-120-MN |
| v. | ) ) | |
| EARBUDS INC. | ) ) | |
| Defendant. | ) | |

### NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to D. Del. LR 83.7, the undersigned counsel hereby notifies the Court that the law firm of Duane Morris LLP ("Duane Morris") and each of the Duane Morris attorneys that has made an appearance in this case, including *pro hac vice* attorneys Alain Villeneuve and John E. Munro, are withdrawing as counsel for Plaintiffs Vertigo Media, Inc. and Remote Media LLC ("Plaintiffs") in this action.

Plaintiffs will be represented going forward by the law firm of Morris Nichols Arsht & Tunnell LLP, specifically attorneys Rodger D. Smith II, Jeremy A. Tigan, and Sarah E. Simonetti, who have already entered their appearances on behalf of Plaintiffs (D.I. 66).


Dated: March 15, 2022

**DUANE MORRIS LLP**

*/s/ Tracey E. Timlin*
Richard L. Renck (No. 3893)
Monté T. Squire (No. 4764)
Tracey E. Timlin (No. 6469)
1201 N. Market Street, Suite 501
Wilmington, DE  19801
Telephone:  (302) 657-4900
Facsimile:  (302) 657-4901

*Withdrawing Counsel for Plaintiffs Vertigo Media, Inc. and Remote Media LLC*