IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERTIGO MEDIA, INC. and REMOTE MEDIA LLC, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| | ) C.A. No. 21-120-MN |
| v. | )<br>) |
| EARBUDS INC., | )<br>) |
| Defendant. | ) |

**STIPULATED ORDER**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline by which defendant must serve its initial invalidity contentions is extended from May 13, 2022 to May 27, 2022.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ASHBY & GEDDES |
| */s/ Jeremy A. Tigan*<br>Rodger D. Smith II (#3778)<br>Jeremy A. Tigan (#5239)<br>Sarah E. Simonetti (#6698)<br>Travis J. Murray (#6882)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>rsmith@morrisnichols.com<br>jtigan@morrisnichols.com<br>ssimonetti@morrisnichols.com<br>tmurray@morrisnichols.com<br><br>*Attorneys for Plaintiffs* | */s/ Andrew C. Mayo*<br>John G. Day (#2403)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>jday@ashbygeddes.com<br>amayo@ashbygeddes.com<br><br>*Attorneys for Defendant* |

SO ORDERED, this _____ day of May, 2022.

_____
United States District Judge