IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERTIGO MEDIA, INC. and REMOTE MEDIA LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 21-120 (MN) ) |
| EARBUDS INC., | ) ) |
| Defendant. | ) |

**STIPULATION & [PROPOSED] ORDER TO STAY**

WHEREAS the parties have reached an agreement in principle to resolve this case; and

WHEREAS the parties jointly request that the Court stay all deadlines in this case until June 30, 2022, so that they can work on finalizing a resolution without incurring unnecessary litigation costs;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that all deadlines in this case are stayed. If the parties have not filed a stipulation of dismissal by June 30, 2022, they shall submit a joint status report to the Court.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ASHBY & GEDDES |
| */s/ Jeremy A. Tigan* | */s/ Andrew C. Mayo* |
| Rodger D. Smith II (#3778) | John G. Day (#2403) |
| Jeremy A. Tigan (#5239) | Andrew C. Mayo (#5207) |
| Sarah E. Simonetti (#6698) | 500 Delaware Avenue, 8th Floor |
| Travis J. Murray (#6882) | P.O. Box 1150 |
| 1201 North Market Street | Wilmington, DE 19899 |
| P.O. Box 1347 | (302) 654-1888 |
| Wilmington, DE 19899 | jday@ashbygeddes.com |
| (302) 658-9200 | amayo@ashbygeddes.com |
| rsmith@morrisnichols.com | *Attorneys for Defendant* |
| jtigan@morrisnichols.com | |
| ssimonetti@morrisnichols.com | |
| tmurray@morrisnichols.com | |
| *Attorneys for Plaintiffs* | |

SO ORDERED this ___ day of _____, 2022.

_____  
UNITED STATES DISTRICT JUDGE