IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERTIGO MEDIA, INC. and REMOTE MEDIA LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 21-120 (MN) ) |
| EARBUDS INC., | ) ) |
| Defendant. | ) |

## JOINT STATUS REPORT

In response to the Court's Request that the parties file a Joint Status Report if the parties have not filed a stipulation of dismissal by June 30, 2022 (Ordered May 31, 2022), the parties hereby report as follows.

The discussions between the parties are ongoing and productive, and proposed agreements are being exchanged between the parties. The parties expect to be able to reach a final resolution to the matter within thirty (30) days and request a continuance of the current stay until then.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ASHBY & GEDDES |
|---|---|
| */s/ Jeremy A. Tigan* | */s/ Andrew C. Mayo* |
| Rodger D. Smith II (#3778) | John G. Day (#2403) |
| Jeremy A. Tigan (#5239) | Andrew C. Mayo (#5207) |
| Sarah E. Simonetti (#6698) | 500 Delaware Avenue, 8th Floor |
| Travis J. Murray (#6882) | P.O. Box 1150 |
| 1201 North Market Street | Wilmington, DE 19899 |
| P.O. Box 1347 | (302) 654-1888 |
| Wilmington, DE 19899 | jday@ashbygeddes.com |
| (302) 658-9200 | amayo@ashbygeddes.com |
| rsmith@morrisnichols.com | *Attorneys for Defendant* |
| jtigan@morrisnichols.com | |
| ssimonetti@morrisnichols.com | |
| tmurray@morrisnichols.com | |
| *Attorneys for Plaintiffs* | |