IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERTIGO MEDIA, INC. and REMOTE MEDIA LLC,<br><br>        Plaintiffs,<br><br>   v.<br><br>EARBUDS INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 21-120 (MN)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

In response to the Court's Request that the parties file a Joint Status Report if the parties have not filed a stipulation of dismissal by August 1, 2022 (Ordered June 30, 2022), the parties hereby report as follows.

A draft settlement agreement and proposed revisions have been exchanged between the parties, and discussions between the parties are ongoing and productive. The parties hope to be able to reach a final resolution to the matter within fourteen (14) days and request a continuance of the current stay until then.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ASHBY & GEDDES |
|---|---|
| */s/ Jeremy A. Tigan* | */s/ Andrew C. Mayo* |
| Rodger D. Smith II (#3778)<br>Jeremy A. Tigan (#5239)<br>Sarah E. Simonetti (#6698)<br>Travis J. Murray (#6882)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>rsmith@morrisnichols.com<br>jtigan@morrisnichols.com<br>ssimonetti@morrisnichols.com<br>tmurray@morrisnichols.com<br><br>*Attorneys for Plaintiffs* | John G. Day (#2403)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>jday@ashbygeddes.com<br>amayo@ ashbygeddes.com<br><br>*Attorneys for Defendant* |