IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERTIGO MEDIA, INC. and REMOTE MEDIA LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 21-120 (MN) ) |
| EARBUDS INC., | ) ) ) |
| Defendant. | ) |

## JOINT STATUS REPORT

In response to the Court's Oral Order that the parties file a Joint Status Report if the parties have not filed a stipulation of dismissal by August 26, 2022 (D.I. 83), the parties hereby report as follows.

Additional discussions between the parties have occurred, and the parties have successfully narrowed the scope of remaining terms in connection with an agreement to settle this dispute. The parties hope to be able to reach a final resolution to the matter within fourteen (14) days and request a continuance of the current stay until then.

{01832502;v1 }

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ASHBY & GEDDES |
| /s/ *Jeremy A. Tigan* | /s/ *Andrew C. Mayo* |
| Rodger D. Smith II (#3778)<br>Jeremy A. Tigan (#5239)<br>Sarah E. Simonetti (#6698)<br>Travis J. Murray (#6882)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>rsmith@morrisnichols.com<br>jtigan@morrisnichols.com<br>ssimonetti@morrisnichols.com<br>tmurray@morrisnichols.com<br><br>*Attorneys for Plaintiffs* | John G. Day (#2403)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>jday@ashbygeddes.com<br>amayo@ashbygeddes.com<br><br>*Attorneys for Defendant* |

August 26, 2022