IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VERTIGO MEDIA, INC. and REMOTE MEDIA LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 21-120 (MN) |
| EARBUDS INC., | ) ) ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

In response to the Court's Oral Order that the parties file a Joint Status Report if the parties have not filed a stipulation of dismissal by September 9, 2022, the parties hereby report as follows.

Additional discussions between the parties have occurred, and a revised settlement agreement is pending board approvals. The parties hope to be able to reach a final resolution to the matter within seven (7) days and request a continuance of the current stay until then.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Rodger D. Smith II (#3778)
Jeremy A. Tigan (#5239)
Sarah E. Simonetti (#6698)
Travis J. Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@morrisnichols.com
jtigan@morrisnichols.com
ssimonetti@morrisnichols.com
tmurray@morrisnichols.com

*Attorneys for Plaintiffs*

September 9, 2022

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

John G. Day (#2403)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
jday@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Defendant*

{01836253;v1 }