IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERTIGO MEDIA, INC. and REMOTE MEDIA LLC, <br><br> Plaintiffs, <br><br> v. <br><br> EARBUDS INC., <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 21-120 (MN) ) ) ) ) ) |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:

(1) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims and defenses in this action are dismissed without prejudice;

(2) Each party shall bear its own attorneys' fees, expenses, and costs; and

(3) This Court retains jurisdiction with respect to disputes concerning the enforcement of the parties' Settlement Agreement.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ASHBY & GEDDES, P.A. |
|---|---|
| */s/ Jeremy A. Tigan* | */s/ Andrew C. Mayo* |
| Rodger D. Smith II (#3778)<br>Jeremy A. Tigan (#5239)<br>Travis J. Murray (#6882)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>rsmith@morrisnichols.com<br>jtigan@morrisnichols.com<br>tmurray@morrisnichols.com | John G. Day (#2403)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899-1150<br>(302) 654-1888<br>jday@ashbygeddes.com<br>amayo@ashbygeddes.com<br><br>*Attorneys for Defendant EarBuds Inc.* |
| *Attorneys for Plaintiffs Vertigo Media, Inc. and Remote Media LLC* | |

September 16, 2022

**IT IS SO ORDERED** this _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE